| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| WILLIAM HOWARD HARRIS, | § § § § | |
| Plaintiff, | | |
| versus | § § § | CIVIL ACTION NO. 1:17-CV-20 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| Defendant. | § | |

**MEMORANDUM OPINION ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 1st day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE